**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bradley's Contracting LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bradley's Plumbing** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-1452597** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **747 Old US 60 Loop**<br>**Irvington, KY 40146**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Breckinridge**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Bradley's Contracting LLC**                                    Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Bradley's Contracting LLC**                                                    Case number (*if known*)
           Name

**10.** **Are any bankruptcy cases**    ■ No
**pending or being filed by a**    ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,    Debtor _____    Relationship _____
attach a separate list    District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
***this district?***
    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ■ No
**have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

**■ Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
**available funds**
    ☐ Funds will be available for distribution to unsecured creditors.

    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
**creditors**    ■ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
    ☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
    ☐ 200-999

**15.** **Estimated Assets**    ■ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor   **Bradley's Contracting LLC**                                                          Case number (*if known*)

       Name

| | | |
|---|---|---|
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ■ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

Debtor    **Bradley's Contracting LLC**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 19, 2023**
_____
MM / DD / YYYY

**X** */s/ Jeremiah Thomas Bradley*          **Jeremiah Thomas Bradley**
_____            _____
Signature of authorized representative of debtor    Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** */s/ Michael W. McClain*          Date    **May 19, 2023**
_____                _____
Signature of attorney for debtor                MM / DD / YYYY

**Michael W. McClain**
_____
Printed name

**Goldberg Simpson LLC**
_____
Firm name

**9301 Dayflower Street**
**Prospect, KY 40059**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(502) 589-4440**    Email address    **mmcclain@goldbergsimpson.com;**
_____                **sdaniel-harkins@goldbergsimpson.com**

**89396 KY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bradley's Contracting LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 19, 2023**      X */s/ Jeremiah Thomas Bradley*
                                                  Signature of individual signing on behalf of debtor

                                                **Jeremiah Thomas Bradley**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Bradley's Contracting LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $ _____84.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $ _____84.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____44,970.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____689,442.31

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $ _____734,412.31

**Fill in this information to identify the case:**

Debtor name          **Bradley's Contracting LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Cecilian Bank** | **Bradley Contracting check account** | **x873** | $61.00 |
| 3.2. | **Cecilian Bank** | **Checking Account Bradley Plumbing** | **x873** | $23.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $84.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor  **Bradley's Contracting LLC**                                    Case number *(If known)* _____
         Name

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Vending Machine with Time Payment** | **Unknown** | | **Unknown** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| **$0.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No

---

Debtor    **Bradley's Contracting LLC**                                    Case number *(If known)* _____
Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Bradley's Contracting LLC**                        Case number *(If known)* _____
                 Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $84.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $84.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $84.00 |

**Fill in this information to identify the case:**

Debtor name __**Bradley's Contracting LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Clearstone Fund, LLC**
Creditor's Name

**80 W. Sunrise Highway, #1096 A**
**Valley Stream, NY 11581**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 9896**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $44,970.00 | $44,970.00 |

**2.2  Everest Business Funding**
Creditor's Name

**102 West 38th Street, 6th Floor**
**New York, NY 10018**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**01/05/2023**

**Describe debtor's property that is subject to a lien**
**All accounts receivable, receipts, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, wheher now owned, acquired or arising, and all books records**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Unknown | Unknown |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor    **Bradley's Contracting LLC**          Case number (*if known*) _____
_____
Name

**Last 4 digits of account number**
**5344**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Meged Funding Group Corp.** |
|---|---|

Creditor's Name

**12 Zeck Court**
**Suffern, NY 10901**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3433**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **Unknown**      **Unknown**

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $44,970.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Clearstone Fund LLC**<br>**203 Hadassah Lane**<br>**Lakewood, NJ 08701** | Line __2.1__ | |
| **CT Corporation Systems**<br>**Attn:  SPRs**<br>**330 N Brand Bouleard, Suite 700**<br>**Glendale, CA 91203** | Line __2.2__ | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-0971** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name        **Bradley's Contracting LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|       |                                                                                                                                              | Total claim | Priority amount |
|-------|----------------------------------------------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1   | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **Unknown**     |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

|       |                                                                                                                                | Total claim | Priority amount |
|-------|--------------------------------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.2   | Priority creditor's name and mailing address<br>**Kentucky Department of Revenue**<br>**P.O. Box 856970**<br>**Louisville, KY 40285-6980** | **Unknown** | **Unknown**     |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Bradley's Contracting LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kentucky Office Unemployment Insurance**
**600 Cedar Street**
**Louisville, KY 40202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,500.00** |
|---|---|---|---|

**Allen & Kathy Simons**
**3450 Flaherty Road**
**Ekron, KY 40117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deposit for work to be performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,143.79** |
|---|---|---|---|

**B&R Drywall**
**238 Globe Street**
**Radcliff, KY 40160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,584.03** |
|---|---|---|---|

**BradWay Construction & Restoration LLC**
**440 Sandy Beach Lane**
**Mc Daniels, KY 40152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/27/2023

Basis for the claim: **Services - Wachowski**

Last 4 digits of account number  1018

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,749.89** |
|---|---|---|---|

**BradWay Construction & Restoration LLC**
**440 Sandy Beach Lane**
**Mc Daniels, KY 40152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/11/2023

Basis for the claim: **Services Wachawski**

Last 4 digits of account number  1037

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,998.00** |
|---|---|---|---|

**BradWay Construction & Restoration LLC**
**440 Sandy Beach Lane**
**Mc Daniels, KY 40152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/27/2023

Basis for the claim: **Services - Hagan Job**

Last 4 digits of account number  1016

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Bradley's Contracting LLC**                                    Case number (*if known*) _____
       _____
       Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,683.00 |
|---|---|---|---|

**BradWay Construction & Restoration LLC**
**440 Sandy Beach Lane**
**Mc Daniels, KY 40152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/17/2023**

**Basis for the claim:  Services - Framing Package**

Last 4 digits of account number  **1045**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**BradWay Construction & Restoration LLC**
**440 Sandy Beach Lane**
**Mc Daniels, KY 40152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/20/2023**

**Basis for the claim:  Services work completed in April**

Last 4 digits of account number  **1054**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,506.00 |
|---|---|---|---|

**C & S Construction**
**2940 Hebron Park Drive, Suite 216**
**Hebron, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/21/2023**

**Basis for the claim:  Labor & Materials**

Last 4 digits of account number  **8824**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Donna Banks**
**610 Old Flaherty Road**
**Ekron, KY 40117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  Stone work**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,369.99 |
|---|---|---|---|

**EBF Holdings, LLC**
**d/b/a Everest Business Funding**
**Attn: Elizabeth Acay**
**8200 NW 52nd Terrace, 2nd Floor**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2022**

**Basis for the claim:  Revenue Based Financing Agreement**

Last 4 digits of account number  **6721**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,000.00 |
|---|---|---|---|

**Fawnda Cox**
**644 Rineyville School Road**
**Rineyville, KY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  Deposit for work to be performed**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg Hagar**
**325 Hager Lane**
**Ekron, KY 40117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  Deposit for work to be performed**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bradley's Contracting LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
Hunter Johnson
225 Ragtown Lane
Brandenburg, KY 40108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$12,000.00

---

**3.14** | Nonpriority creditor's name and mailing address
JLM Services LLC
191 Ballpark Road
Hardinsburg, KY 40143

Date(s) debt was incurred  03/20/2023
Last 4 digits of account number  4266

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Work Performed at 445 Hickory Lane, E-Town

Is the claim subject to offset? ☑ No ☐ Yes

$7,161.39

---

**3.15** | Nonpriority creditor's name and mailing address
JLM Services LLC
191 Ballpark Road
Hardinsburg, KY 40143

Date(s) debt was incurred  03/16/2023
Last 4 digits of account number  4280

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Work performed at 445 Hickory Lane, E-Town

Is the claim subject to offset? ☑ No ☐ Yes

$990.63

---

**3.16** | Nonpriority creditor's name and mailing address
Jocelyn Hohman
445 Hickory OLane
Elizabethtown, KY 42701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Deposit for work to be performed

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.17** | Nonpriority creditor's name and mailing address
Kathy Simmons
3450 Flaherty Road
Ekron, KY 40117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit for work to be performed

Is the claim subject to offset? ☑ No ☐ Yes

$39,500.00

---

**3.18** | Nonpriority creditor's name and mailing address
Kentucky Mirror & Plate Glass
822 West Main Street
Louisville, KY 40202

Date(s) debt was incurred  01/31/2023
Last 4 digits of account number  2166

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shower Install - 4008 Mary Joe Boulevard

Is the claim subject to offset? ☑ No ☐ Yes

$1,700.00

---

**3.19** | Nonpriority creditor's name and mailing address
Kentucky Mirror & Plate Glass
822 West Main Street
Louisville, KY 40202

Date(s) debt was incurred  03/03/2023
Last 4 digits of account number  2166

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shower Installed - 115 Tuscany Lane

Is the claim subject to offset? ☑ No ☐ Yes

$2,350.00

---

| Debtor | **Bradley's Contracting LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Kristy Deloach**
**525 North Logsdon Parkway**
**Radcliff, KY 40160**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for work to be performed**

Is the claim subject to offset? ■ No ☐ Yes

**$25,425.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Linda Snyder**
**173 West Third Street**
**Shepherdsville, KY 40165-4000**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Deposit or work to be performed**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22** | Nonpriority creditor's name and mailing address
**Margaret Carter**
**502 Broadway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for work to be performed**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.23** | Nonpriority creditor's name and mailing address
**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **11/23/2022**
Last 4 digits of account number  **4708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work done at 15 Catlett Court**

Is the claim subject to offset? ■ No ☐ Yes

**$7,390.96**

---

**3.24** | Nonpriority creditor's name and mailing address
**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **12/12/2022**
Last 4 digits of account number  **3438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work done at 173 West 3rd Street**

Is the claim subject to offset? ■ No ☐ Yes

**$1,954.94**

---

**3.25** | Nonpriority creditor's name and mailing address
**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **10/31/2022**
Last 4 digits of account number  **7422**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work done at 634 Upper Colesburg Road**

Is the claim subject to offset? ■ No ☐ Yes

**$4,322.04**

---

**3.26** | Nonpriority creditor's name and mailing address
**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **12/19/2022**
Last 4 digits of account number  **1407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work done at 450 Cassies Way**

Is the claim subject to offset? ■ No ☐ Yes

**$3,163.19**

---

| Debtor | **Bradley's Contracting LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $907.63 |
|---|---|---|---|

**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2022**

Basis for the claim:  **Work done at 105 South Trey Court**

Last 4 digits of account number  **3726**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,478.60 |
|---|---|---|---|

**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2022**

Basis for the claim:  **Work done at 4008 Mary Jo Boulevard**

Last 4 digits of account number  **0334**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,366.99 |
|---|---|---|---|

**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/31/2023**

Basis for the claim:  **Work done at 850 Cool Springs Road**

Last 4 digits of account number  **0462**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,696.22 |
|---|---|---|---|

**Mr. Electric of Elizabethtown**
**409 North Miles Street**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/06/2023**

Basis for the claim:  **Work done at 2538 Kensington Way**

Last 4 digits of account number  **4238**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,537.60 |
|---|---|---|---|

**Sinking Creek Lumber**
**10443 US-60**
**Irvington, KY 40146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,800.00 |
|---|---|---|---|

**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Josh Barnes**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,050.00 |
|---|---|---|---|

**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **KY Mirror**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Bradley's Contracting LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,806.39 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  JLM Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,730.03 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Joseph Mast | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,250.00 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Tracy Barile | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,808.00 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Medley Heat/Air | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,360.48 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Travis Ward | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,700.00 |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Chris Hilty | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **The Granite Center** | ☐ Contingent | |
| | **7024 N. Dixie Highway** | ☐ Unliquidated | |
| | **Elizabethtown, KY 42701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Mrs. Simmons, 157 Tuscany Lane | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Bradley's Contracting LLC**
_____    Case number *(if known)* _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.41** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Jerry Morales, Wet Crocus Drive, Radcliff

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Brunson, 1603 Birch Court, Radcliff

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Christian/Andrew Gani, 223 East Nalls Road, Elizabethtown

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pleasant, 2538 Kensington Way

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Jeffrey Armstrong, 290 Briggs Lane, Vine Grove

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pat Bannon, 850 Cool Springs Road

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**
**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Joseph Hagan, 936 Forest Haill, Shepherdsville

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Bradley's Contracting LLC**                                    Case number *(if known)* _____
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Kevin Wachowski, 3371 Sportsman Lake Road

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Amanda/Blake Wochoski, 3399 Sportsman Lake Road

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Granite Center**
**7024 N. Dixie Highway**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Lisa Bassett, 2213 Quinn Court

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$782.00** |
|---|---|---|---|

**Travis Ward**
**3190 Munfordville Road**
**Sonora, KY 42776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Trinity Heating and Cooling, LLC**
**14265 East Highway 60**
**Irvington, KY 40146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/02/2022

Last 4 digits of account number  4931

Basis for the claim:  work performed by Trinity Heating & Cooling

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00** |
|---|---|---|---|

**Trinity Heating and Cooling, LLC**
**14265 East Highway 60**
**Irvington, KY 40146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/03/2022

Last 4 digits of account number  4940

Basis for the claim:  Work performed by Trinity Heating and Cooling

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,215.52** |
|---|---|---|---|

**Win Supply**
**c/o Debbie Smith**
**434 South Mulberry**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9884

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor   **Bradley's Contracting LLC**                                    Case number (*if known*) _____
        Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Shelt Michael Lewis, Esq.**<br>**40 Public Square**<br>**Elizabethtown, KY 42702-0761** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 689,442.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 689,442.31 |

**Fill in this information to identify the case:**

Debtor name  **Bradley's Contracting LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Factoring Agreement/Acct. No. 2125379896** |
| State the term remaining | |
| List the contract number of any government contract | **Clearstone Fund LLC** <br> **203 Hadassah Lane** <br> **Lakewood, NJ 08701** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Revenue Based Financing Agreement pursuant to which Debtor makes daily payments to creditor through automatic bank debits.** |
| State the term remaining | |
| List the contract number of any government contract | **EBF Holdings, LLC** <br> **d/b/a Everest Business Funding** <br> **Attn: Elizabeth Acay** <br> **8200 NW 52nd Terrace, 2nd Floor** <br> **Miami, FL 33166** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Factoring agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Meged Funding Group Corp.** <br> **12 Zeck Court** <br> **Suffern, NY 10901** |

Debtor 1    **Bradley's Contracting LLC**

      First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Vending Machine purchased from Vending Concepts and financed by Time Payment** |
|       State the term remaining | |
|       List the contract number of any government contract | **Time Payment** **PO Box 847237** **Boston, MA 02284-7237** |

**Fill in this information to identify the case:**

Debtor name     **Bradley's Contracting LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF KENTUCKY

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeremiah Bradley** | **747 Old US 60 Loop Irvington, KY 40146 Persona Guaranty** | **EBF Holdings, LLC** | ☐ D _____ <br> ■ E/F ___**3.10**___ <br> ☐ G _____ |
| 2.2 | **Jeremiah Bradley** | **747 Old US 60 Loop Irvington, KY 40146 Personal Guarantor** | **Clearstone Fund, LLC** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bradley's Contracting LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,317,412.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|
    | 3.1.    **Century Debt Relief**<br>**30 Montgomery Street, #1200**<br>**Jersey City, NJ 07302** | | **$20,726.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Bradley's Contracting LLC**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Sinking Creek Lumber** 10443 US 60 Irvington, KY 40146 | | $27,189.93 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **R & B Supply** 238 Globe Street Radcliff, KY 40160 | | $10,252.99 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Win Supply** 434 South Mulberry Elizabethtown, KY 42701 | | $19,238.12 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Chad Welch** | | $16,970.01 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **JLM Services LLC** 191 Ballpark Road Hardinsburg, KY 40143 | | $15,718.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Hunter Johnson** 225 Ragtown Lane Brandenburg, KY 40108 | | $22,063.48 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Kyle King** | | $8,325.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other___ |
| 3.9. **Covered Up Flooring** | | $17,427.17 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Bradley's Contracting LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **BradWay Construction & Restoration LLC**<br>**440 Sandy Beach Lane**<br>**Mc Daniels, KY 40152** | | $50,568.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **C and S** | | $37,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jocelyn Hohmon v Bradley's Contracting LLC & Jeremiah Bradley Debtor - Bradley's Contracting LLC Creditor - Jocelyn Hohman 23-CI-00646** | **Breach of Contract/Fraud** | **Hardin Circuit Court Hardin County Justice Center 120 East Dixie Avenue Elizabethtown, KY 42701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Bradley's Contracting LLC | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goldberg Simpson LLC**<br>**9301 Dayflower Street**<br>**Prospect, KY 40059** | | **05/04/2023** | **$1,488.00** |
| | Email or website address<br>**mmcclain@goldbergsimpson.com** | | | |
| | Who made the payment, if not debtor?<br>**Jeremiah & Rebekah Bradley** | | | |
| 11.2. | **Goldberg Simpson**<br>**9301 Dayflower Street**<br>**Prospect, KY 40059** | | **05/04/2023** | **$2,400.00** |
| | Email or website address<br>**www.goldbergsimpson.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Bradley's Contracting LLC**                              Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Bradley's Contracting LLC**                                    Case number *(if known)*

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Bradley's Contracting LLC | Case number *(if known)* |
|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Rebekah Bradley**<br>**747 Old US 60 Loop**<br>**Irvington, KY 40146** | **Continually through operation of business** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **Bradley's Contracting LLC**                                              Case number *(if known)*

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremiah Bradley | 747 Old US 60 Loop Irvington, KY 40146 | Sole Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeremiah Bradley 747 Old US 60 Loop Irvington, KY 40146 | 227,535.00 | April 2022; May 2022; June 2022; July 2022; August 2022; Sepember 2022; October 2022; November 2022; December 2022; January 2023; February 2023; March 2023; April 2023 | Transfers from Debtor's account business to Sole Member's personal account - Owner draws, misc. |
| | Relationship to debtor Sole Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Bradley's Contracting LLC**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2023**

**/s/ Jeremiah Thomas Bradley**                        **Jeremiah Thomas Bradley**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Kentucky

In re  **Bradley's Contracting LLC**                                                                  Case No.
                                                              Debtor(s)                 Chapter       **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                      $            **3,500.00**

    Prior to the filing of this statement I have received                            $            **3,500.00**

    Balance Due                                                                       $               **0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor       ■ Other (specify):       **On May 4, 2023 Debtor paid $2,400.00 from its checking account at The Cecilian
                                            Bank; Debtor's sole member and his wife paid the balance of $1,488.00 from
                                            their joint household account at The Cecilian Bank**

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__**May 19, 2023**__                                    **/s/ Michael W. McClain**
*Date*                                                  **Michael W. McClain**
                                                        *Signature of Attorney*
                                                        **Goldberg Simpson LLC**
                                                        **9301 Dayflower Street**
                                                        **Prospect, KY 40059**
                                                        **(502) 589-4440   Fax: (502) 581-1344**
                                                        **mmcclain@goldbergsimpson.com;**
                                                        **sdaniel-harkins@goldbergsimpson.com**
                                                        *Name of law firm*

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **Bradley's Contracting LLC**                                    Case No.

                                            Debtor(s)               Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **May 19, 2023**                          **/s/ Jeremiah Thomas Bradley**

                                                   **Jeremiah Thomas Bradley**/Manager
                                                   Signer/Title

Allen & Kathy Simons
3450 Flaherty Road
Ekron, KY 40117

B&R Drywall
238 Globe Street
Radcliff, KY 40160

BradWay Construction & Restoration LLC
440 Sandy Beach Lane
Mc Daniels, KY 40152

C & S Construction
2940 Hebron Park Drive, Suite 216
Hebron, KY 41048

Clearstone Fund LLC
203 Hadassah Lane
Lakewood, NJ 08701

Clearstone Fund, LLC
80 W. Sunrise Highway, #1096
A
Valley Stream, NY 11581

CT Corporation Systems
Attn:  SPRs
330 N Brand Bouleard, Suite 700
Glendale, CA 91203

Donna Banks
610 Old Flaherty Road
Ekron, KY 40117

EBF Holdings, LLC
d/b/a Everest Business Funding
Attn: Elizabeth Acay
8200 NW 52nd Terrace, 2nd Floor
Miami, FL 33166

Everest Business Funding
102 West 38th Street, 6th Floor
New York, NY 10018

Fawnda Cox
644 Rineyville School Road
Rineyville, KY

Greg Hagar
325 Hager Lane
Ekron, KY 40117

Hunter Johnson
225 Ragtown Lane
Brandenburg, KY 40108

```
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JLM Services LLC
191 Ballpark Road
Hardinsburg, KY 40143

Jocelyn Hohman
445 Hickory OLane
Elizabethtown, KY 42701

Kathy Simmons
3450 Flaherty Road
Ekron, KY 40117

Kentucky Department of Revenue
P.O. Box 856970
Louisville, KY 40285-6980

Kentucky Mirror & Plate Glass
822 West Main Street
Louisville, KY 40202

Kentucky Office Unemployment Insurance
600 Cedar Street
Louisville, KY 40202

Kristy Deloach
525 North Logsdon Parkway
Radcliff, KY 40160

Lien Solutions
PO Box 29071
Glendale, CA 91209-0971

Linda Snyder
173 West Third Street
Shepherdsville, KY 40165-4000

Margaret Carter
502 Broadway
Elizabethtown, KY 42701

Meged Funding Group Corp.
12 Zeck Court
Suffern, NY 10901

Mr. Electric of Elizabethtown
409 North Miles Street
Elizabethtown, KY 42701
```

Shelt Michael Lewis, Esq.
40 Public Square
Elizabethtown, KY 42702-0761

Sinking Creek Lumber
10443 US-60
Irvington, KY 40146

The Granite Center
7024 N. Dixie Highway
Elizabethtown, KY 42701

Time Payment
PO Box 847237
Boston, MA 02284-7237

Travis Ward
3190 Munfordville Road
Sonora, KY 42776

Trinity Heating and Cooling, LLC
14265 East Highway 60
Irvington, KY 40146

Win Supply
c/o Debbie Smith
434 South Mulberry
Elizabethtown, KY 42701

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Bradley's Contracting LLC**
                                                        Case No.
                                     Debtor(s)          Chapter   **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bradley's Contracting LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




**May 19, 2023**                                     **/s/ Michael W. McClain**
Date                                                 **Michael W. McClain**
                                                     Signature of Attorney or Litigant
                                                     Counsel for   **Bradley's Contracting LLC**
                                                     **Goldberg Simpson LLC**
                                                     **9301 Dayflower Street**
                                                     **Prospect, KY 40059**
                                                     **(502) 589-4440 Fax:(502) 581-1344**
                                                     **mmcclain@goldbergsimpson.com; sdaniel-harkins@goldbergsimpson.com**